IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————

No. 98-50129

Summary Calendar

———————————

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

BILL LEE SCOTT

Defendant-Appellant.

———————————

Appeal from the United States District Court
For the Western District of Texas
USDC No. EP-97-CR-415-1-H

———————————

October 26, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Bill Lee Scott has filed a brief as required by *Anders v. California*, 386 U.S. 738, 744 (1967), and we have independently reviewed counsel's brief and the record and have found no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.

———————————

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.